UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                            Plaintiff,<br><br>v.<br><br>CARLSBAD STRAWBERRY COMPANY, INC.,<br><br>                            Defendant. | Case No.: 19-CV-1994-JAH(WVG)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

      The Court held an Early Neutral Evaluation on January 8, 2020. Although the case did not resolve, the parties agreed to continue discussions. A telephonic status conference is hereby scheduled for **January 14, 2020, at 8:30 a.m.** On or before **January 10, 2020,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached **directly without fail** at the time of the conference.

      If the parties resolve the case, they shall notify the Court of the same and have a person with full settlement authority for each side participate in the status conference

above.  Counsel shall provide telephone numbers for these persons to the Court as set forth above.

**IT IS SO ORDERED.**

DATED:  January 8, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge