# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                              Plaintiff,<br>v.<br><br>CARLSBAD STRAWBERRY COMPANY, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>                            Defendants. | Case No. 19cv1994-JAH (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 3, 2020, Plaintiff, Chris Langer, and Defendants, Carlsbad Strawberry Company, Inc., and Does 1 through 10, filed a joint motion to dismiss this case with prejudice. [Doc. No. 13].

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: March 4, 2020

                                                        Hon. John A. Houston<br>
                                                        United States District Judge